**ESTEBAN-TRINIDAD LAW, P.C.**
M. LANI ESTEBAN-TRINIDAD, Nevada Bar No. 006967
AMY M. ROSE, Nevada Bar No. 12081
4315 N. Rancho Drive, Ste. 110
Las Vegas, Nevada 89130
Telephone: (702) 736-5297
Fax: (702) 736-5299

Attorney for Plaintiff,
BIANCA MCCALL

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BIANCA MCCALL, an individual;<br>     Plaintiff,<br>vs.<br><br>UNIVERSITY OF NEVADA SCHOOL OF MEDICINE, INTEGRATED CLINICAL SERVICES, a Nevada Corporation, doing business As MOJAVE ADULT CHILD AND FAMILY SERVICES; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br>     Defendants. | Case No. 2:11-cv-01643-GMN-RJJ<br><br>**EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO STRIKE**<br><br>**AND ORDER** |

Plaintiff respectfully submits this Emergency Motion to Extend Time to file her Opposition to Defendant's Motion to Strike. Plaintiff files this Motion on an emergency basis and in good faith because of an inadvertent mistake concerning the deadline in which to file the opposition. Plaintiff moves the Court to extend the deadline to file her opposition to Defendant's Motion to Strike to January 2, 2012.

...

...

-1-

72917.1

This Motion is based on the pleadings and papers on file, the attached Affidavit of Counsel, the attached Points and Authorities and any oral argument the Court may entertain.

DATED this 29th day of December, 2011.

RESPECTFULLY SUBMITTED BY:
ESTEBAN-TRINIDAD LAW, P.C.

_____
Amy M. Rose (Nevada Bar No. 12081)
4315 North Rancho Drive, Suite 110
Las Vegas, Nevada 89130
Telephone: (702) 736-5297
Fax: (702) 736-5299
Attorney for Plaintiff

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**
**INTRODUCTION**

This Emergency Motion is based on Local Rules (LR) 6-1. Plaintiff files this Motion on an emergency basis and in good faith because of an inadvertent mistake concerning the deadline in which to file the opposition. On December 9, 2011, Defendant's filed its Opposition to Plaintiff's Motion to Strike and in the same document, filed its separate Motion to Strike. *See* Exhibit 1: PACER Printout. However, Defendant's counsel did not file the documents as two (2) separate filings. Therefore, Plaintiff's counsel did not receive notification of the separate deadlines until December 12, 2011. *See* Exhibit 2: PACER Printout.

However, there was an oversight on part of Plaintiff's counsel due to the holiday season concerning the deadline to file the Opposition to Defendant's Motion to Strike. *See* Affidavit of Amy M. Rose. The oversight was discovered on December 29, 2011 upon Plaintiff's counsel's return to the office

-2-

72917.1

from the firm's holiday break.[1]

## II.
## GOOD CAUSE FOR PLAINTIFF'S REQUESTED EXTENSION

Under the Rules, a request can be made and granted after the expiration of the specified time period if the moving party can demonstrate that the failure to act was the result of excusable neglect. *See* LR 6-1. Plaintiff's counsel's oversight was excusable neglect.

### PLAINTIFF'S EFFORTS TO CONFER WITH DEFENDANT

On December 29, 2011, immediately after discovery of the inadvertent mistake, Plaintiff's counsel, Ms. Rose, made an effort to personally confer and request for an extension of time to oppose Defendant's Motion to Strike, which was the preferred approach. *See* Rose Aff. However, Ms. Rose could only leave a message. Upon information and belief, Defendant's counsel is not in the office due to the holiday season. *See* Exhibit 3: University of Nevada School of Medicine Events Calendar. Ms. Rose also emailed Defendant's counsel with the request. *See* Exhibit 4: Email from Amy M. Rose. The Affidavit of Plaintiff's counsel attached hereto acts as certification of the attempt to confer with Defendant's counsel.

### NO PREJUDICE TO DEFENDANT BY PLAINTIFF'S REQUESTED EXTENSION

Defendant will not be prejudiced by Plaintiff's requested extension as Defendant may still have the proscribed period of time to reply to Plaintiff's opposition.

## III.
## PRIOR EXTENSIONS (LR 6-1)

This is Plaintiff's first request for extension to file her opposition to Defendant's Motion to Strike.

---

[1] It is common practice for Plaintiff's counsel to close the firm for the last week of each year to allow their staff to spend the holiday season with their families. See Aff. of Rose.

Plaintiff respectfully requests that this Court extend the deadline to file her opposition to Defendant's Motion.

### IV.
### CONCLUSION

For the reasons set forth above, this Court should grant Plaintiff's Emergency Motion as Plaintiff's failure to file the Opposition in a timely fashion was a result of excusable neglect.

DATED this 29th day of December, 2011.

ESTEBAN-TRINIDAD LAW, P.C.

BY: _____
AMY M. ROSE
Nevada Bar No. 12081
4315 N. Rancho Dr., Ste 110
Las Vegas, Nevada 89130
Tel: (702) 736-5297
Fax: (702) 736-5299
Attorney for Plaintiff

**HAVING READ** the foregoing Motion and good cause appearing therefore,

**IT IS SO ORDERED** this 3rd day of January, 2012.

_____
Gloria M. Navarro
United States District Judge

-4-

72917.1