UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| BIANCA MCCALL, an individual, | ) | |
| Plaintiff, | ) | 2:11-cv-1643-GMN-RJJ |
| vs. | ) | |
| UNIVERSITY OF NEVADA SCHOOL OF MEDICINE, *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter was referred to the undersigned Magistrate Judge on a Morion to Withdraw (#23) filed by Plaintiff's counsel.

The Court having reviewed the Motion (#23) and the Affidavit of Bianca D. McCall (#24) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing is scheduled for February 29, 2012, at 1:30 PM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that a Plaintiff Bianca McCall must appear in court for this hearing. There is NO EXCEPTION to this requirement. Failure to appear may result in an order to show cause being issued by the court.

IT IS FURTHER ORDERED that Plaintiff's counsel **shall personally serve, or serve by certified mail, return receipted requested**, a copy of the motion to withdraw and a copy of this Order on the Plaintiff Bianca McCall. Proof of compliance with this service requirement

must be filed with the court prior to the scheduled hearing. There is NO EXCEPTION to the service requirement.

DATED this 13th day of February, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge

- 2 -